NAHMIAS, Justice,
concurring.
I join the Court’s opinion for the same reasons, but with the same doubts, expressed in my concurrence in Allaben v. State, 294 Ga. 315, 322-325 (751 SE2d 802) (2013) (Nahmias, J., concurring). I add that while the Court’s opinion concludes, just plausibly enough, that this case can be distinguished from Drake v. State, 288 Ga. 131 (702 SE2d 161) (2010), it is difficult to reconcile Drake with our cases since 2003 that have reversed convictions based on purportedly mutually exclusive verdicts — which is yet another reason to question whether those cases were correctly decided.
I am authorized to state that Justice Blackwell joins in this concurrence.